FILED BY _____ D.C.

99 JAN 12 AM 11:09

CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UTILX CORPORATION, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| POWER CABLE RESTORATION, INC., a Florida Corporation and RONALD E. ALESHIRE, a Florida resident, | ) ) ) ) ) |
| Defendants. | ) |

CASE NO: 98-0272-CIV-SEITZ

Magistrate Judge Dube

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, UTILX CORPORATION and the Defendants, POWER CABLE RESTORATION, INC. and RONALD E. ALESHIRE, by and through their undersigned attorneys and pursuant to the Settlement entered into by the parties, stipulate to the dismissal of this action with prejudice.

PERRY M. ADAIR, ESQ.
Counsel for POWER CABLE RESTORATION,
INC. and RONALD E. ALESHIRE
5201 Blue Lagoon Drive, Suite 100
Miami, FL 33126
(305) 262-4433

Date: Jan 6, 1999

BRADLEY L. POWELL, ESQ.
Counsel for UTILX CORPORATION
3300 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
(206) 623-3427

Date: 1-8-99